DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHINGIZ ASKEROV,**
Appellant,

v.

**EDWIN SCOTT LEWIS** and **TRACI LEWIS,**
Appellees.

No. 4D2023-2890

[July 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE20-6552.

Andre G. Raikhelson and Jeremy Jackson of Trayber Raikhelson Law Group, PLLC, Aventura, for appellant.

Ray Garcia and Nataline Garcia of Law Office of Ray Garcia, P.A., Miami, for appellee Traci Lewis.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***